HEAD *v.* AMERICAN DISCOUNT COMPANY *el al.*

PER CURIAM. Under the pleadings and the evidence, the court did not err in refusing an interlocutory injunction, and in refusing to appoint a receiver.

*Judgment affirmed. All the Justices concur, except Hill, J., absent because of illness.*

No. 9803. JANUARY 13, 1934.

C. N. *Davie* and *J. F. Kemp,* for plaintiff.

*Carter, Carler & Johnson* and *Little, Powell, Reid & Goldstein,* for defendants.